**COM.**

v.

**NIETO–VIDES, F.**

**1797 MDA 2016**

Superior Court of Pennsylvania.

07/21/2017

CP–38–CR–0000097–2015 (Lebanon)

Affirmed

**COM.**

v.

**HUGHES, T.**

**1984 MDA 2016**

Superior Court of Pennsylvania.

07/21/2017

CP–36–CR–0002049–2006,    CP–36–CR–0003979–2005, CP–36–CR–0003996–2005 (Lancaster)

Quashed

**COM.**

v.

**MARCED, E.**

**2261 EDA 2014**

Superior Court of Pennsylvania.

07/24/2017

CP–51–CR–0005207–2013 (Philadelphia)

Affirmed, Reversed and Vacated

**COM.**

v.

**MOSSES, A.**

**3504 EDA 2015**

Superior Court of Pennsylvania.

07/24/2017

CP–51–CR–0013782–2014 (Philadelphia)

Affirmed